FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 21 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KENNETH HEROD,

                         Plaintiff,

      -against-

THE CITY OF NEW YORK, ET. AL.,

                      Defendants.

------------------------------------------------------------x

1:09-CV-01206-RRM-JMA

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

        **WHEREAS**, plaintiff Kenneth Herod commenced this action by filing a complaint on or about March 24, 2009 alleging that his federal civil rights were violated; and

        **WHEREAS**, defendants The City of New York and the New York City Police Department ("City defendants") deny any and all liability arising out of plaintiff's allegations; and

        **WHEREAS**, the plaintiff and defendants now desire to resolve the issues raised in this litigation between them, without further proceedings and without admitting any fault or liability;

        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

        1.     The above-referenced action is hereby dismissed, with prejudice, without costs, expenses, or attorneys' fees in excess of the amount specified in paragraph "2" below.

        2.     Defendant The City of New York hereby agrees to pay plaintiff KENNETH HEROD the total sum of FIVE THOUSAND DOLLARS ($5,000.00), in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In

consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against defendants and to release defendants, and all past and present officials, employees, representatives or agents of The City of New York, or any agency thereof, from any and all liability, claims, or rights of action, which were or could have been alleged by plaintiff in said action, including all claims for attorneys' fees, expenses and costs.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of Status of Liens. If Medicare has provided payment and/or benefits for any injury or condition that is the subject of this lawsuit, prior to tendering the requisite documents to effect this settlement, Plaintiff shall have notified Medicare and shall submit with the settlement documents a Medicare final demand letter for conditional payments. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. §1395y(b) and 42 C.F.R. §§411.22 through 411.26.

4. Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or The City of New York or any other rules, regulations or bylaws of any department or subdivision of The City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of The City of New York or any agency thereof.

6. Plaintiff agrees to hold harmless defendants regarding any liens or past and/or future Medicare payments, presently known or unknown in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendant City reserves the right to issue a multiparty settlement check, naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

7. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
October 22, 2010

Lauren P. Raysor
*Attorneys for Plaintiff*
11 Penn Plaza, Suite 500
New York, New York 10001

By: _____
Lauren P. Raysor

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendants*
THE CITY OF NEW YORK, and NEW YORK CITY POLICE DEPARTMENT
100 Church Street, Room 3-162
New York, New York 10007
(212) 788-9391
bmyrvold@law.nyc.gov

By: _____
Barry Myrvold

SO ORDERED:
s/Roslynn R. Mauskopf
_____
HON. ROSLYNN R. MAUSKOPF, U.S.D.J.